UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-58-CR-Lenard

UNITED STATES OF AMERICA,

vs.

Michael Easley
_____/

This cause came before the Court for ~~a hearing~~ an initial appearance in This District.

Therefore it is hereby

ORDERED AND ADJUDGED That defendant Michael Easley be permitted to call Ms. Jewel Jones at 713-635-4052 regarding the hiring of counsel on or before April 3, 2008, from the Federal Detention Center, Miami, Florida.

DONE AND ORDERED at Miami, Florida this 2nd day of April, 2008.

TAPE NO: 08FX-

_____
UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal